United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

November 1, 2004

Jeffrey William King, Esq.
King, Pagano & Harrison
1730 Pennsylvania Avenue, Suite 900
Washington, DC 20006

In re: Health Insur. Plan of Greater New York, Inc. v. United States,
Nos. 97-187 C & 01-148 C

Dear Mr. King:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated October 13, 2004, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: John Edgar Kosloske, Esq.
Department of Justice